

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PAMELA M. BROWNE, | § | No. 08-20-00195-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| ROBERT J. ORTIZ and ODETTE THOMAS, Individually and as Partner of ORTIZ FARMS, | § § | of El Paso County, Texas (TC# 2019DCV0870) |
| Appellees. | § | |

## ORDER

On this day the Court issued its opinion reinstating this appeal. Accordingly, Appellees'

brief is due 30 days from the date of this order.


PER CURIAM

March 16, 2021

Before Rodriguez, C.J., Palafox, and Alley, JJ.